UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN C. TERRIAN, a single man,

    Plaintiff,

v.

PIERCE COUNTY,

    Defendant.

CASE NO. C08-5123BHS

ORDER GRANTING DEFENDANT'S 12(b)(6) MOTION TO DISMISS

    This matter comes before the Court on Defendant's 12(b)(6) Motion to Dismiss (Dkt. 4). The Court has considered the pleadings filed in support of and in opposition to the motions, the exhibits and declaration, and hereby grants Defendant's motion for the reasons stated herein.

    Plaintiff asks the Court to consider this motion a motion for summary judgment under Fed. R. Civ. P. 56. Dkt. 2. However, Defendant has only submitted court documents from a criminal proceeding in which Plaintiff pled guilty to obstruction of a law enforcement officer and unlawfully operating a motor vehicle. Dkt. 4-2, Dkt. 4-3. The charges which Plaintiff pled guilty to concern the incident giving rise to the instant claims where Plaintiff attempted to flee from pursuing officers and was eventually apprehended by a K-9 Unit. Dkt. 4-2. As Defendant points out, this Court is able to take judicial notice of these court documents in a Fed. R. Civ. P. 12(b)(6) motion and therefore the Court will continue to view this motion as a motion to dismiss and not as a motion for summary judgement. *See Iacoponi v. New Amsterdam Casualty Co.,* 379 F.2d 311, 312 (3rd Cir. 1967).

ORDER – 1

1 | Plaintiff concedes that his 42 U.S.C. § 1983 and his negligence claims should be
2 | dismissed. Dkt. 5 at 1.  Plaintiff contests that his claim for damages pursuant to RCW §
3 | 16.08.040 fails to state a claim upon which relief can be granted. *Id.* at 2.  Plaintiff
4 | contends that the dog bite giving rise to his damages occurred while "exercising due care
5 | for his own safety." Dkt. 1 at 3.  This contention, however, is not consistent with his
6 | guilty plea for obstruction related to his fleeing from pursuing officers.  Furthermore,
7 | because Plaintiff has conceded that he cannot support a claim for a violation of the Fourth
8 | Amendment or for negligence, his claim also fails to state an actionable claim under
9 | RCW § 16.08.040. *Miller v. Clark County,* 340 F.3d 959, 968 n.14 (9th Cir. 2003).

Therefore, it is **ORDERED** that Defendant's 12(b)(6) Motion to Dismiss (Dkt. 4) is hereby **GRANTED.**  Plaintiff's claims are hereby **DISMISSED with prejudice.**

DATED this 9th day of May, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2